IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| STEPHEN CRUMP, | ) | |
| Plaintiff(s), | ) ) | No. C 07-436 CRB (PR) |
| vs. | ) ) | ORDER OF TRANSFER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | (Doc # 2) |
| Defendant(s). | ) ) ) | |

Plaintiff, a prisoner recently transferred to Atascadero State Hospital, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 challenging the conditions of his prior confinement at the California Men's Colony is San Luis Obispo. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions (see, e.g., doc # 2) as moot.

SO ORDERED.

DATED: Jan. 25, 2007

CHARLES R. BREYER
United States District Judge